

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25CR4280-TWR |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| LAZARO BARRIOS-DUQUE, | |
| Defendant | |

Upon the motion of the United States,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice pursuant to Rule 48 of Federal Rules of Criminal Procedure. Defendant was released from criminal custody into immigration custody and thus further proceedings would cause an unnecessary delay in bringing Defendant to trial.

SO ORDERED AND ADJUDGED.

DATED: 12/8/25

HON. Todd W. Robinson
United States District Judge